**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM MULLEN, | No. 18-35710 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-00536-PK |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Paul Papak, Magistrate Judge, Presiding

Submitted November 23, 2020**

Before: GOODWIN, SCHROEDER, and SILVERMAN, Circuit Judges.

William J. Mullen appeals the district court's judgment affirming the

Commissioner of Social Security's denial of Mullen's application for disability

insurance benefits under Title II of the Social Security Act. We have jurisdiction

under 28 U.S.C. § 1291 and 42 U.S.C. § 405(g). We review de novo, *Attmore v.*

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Colvin*, 827 F.3d 872, 875 (9th Cir. 2016), and we affirm.

Mullen argues that that the administrative law judge ("ALJ") erred by failing to properly evaluate evidence of Mullen's spine, hip, and leg pain, and that the ALJ's decision failed to mention a CT scan from Mullen's records. These issues are waived because Mullen did not raise them before the district court. *See Greger v. Barnhart*, 464 F.3d 968, 973 (9th Cir. 2006) (arguments raised for the first time on appeal are deemed waived absent rare exceptions).

**AFFIRMED**.

2